UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEMPUR SEALY INTERNATIONAL, INC., TEMPUR-PEDIC MANAGEMENT, INC., TEMPUR-PEDIC NORTH AMERICA, LLC, TEMPUR WORLD, LLC, DAN-FOAM, APS, and SEALY TECHNOLOGY, LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>MIKEY MATTRESS, INC., d/b/a MATTRESS FOR LESS and d/b/a MIKEY MATTRESS, and MICHAEL AZZARITI, individually,<br><br>Defendants. | **NOTICE OF MOTION TO WITHDRAW AS COUNSEL**<br><br>Case No.: 2:24-cv-03312-AYS |

**PLEASE TAKE NOTICE** that, upon the annexed declaration of Jillian L. McNeil, Jaspan Schlesinger Narendran LLP, counsel to defendants Mikey Mattress, Inc. d/b/a Mattress for Less and d/b/a Mikey Mattress ("Mikey Mattress") and Michael Azzariti ("Azzariti", collectively, with Mikey Mattress, "Defendants"), will move this Court before the Honorable Anne Y. Shields, Magistrate Judge, United States District Court, Eastern District of New York, at 100 Federal Plaza, Courtroom 840, Central Islip, New York 11722, on a date and time determined by the Court for an Order, pursuant to Local Civil Rule 1.4, relieving Jaspan Schlesinger Narendran LLP, and its attorneys who have appeared in this action, Jillian L. McNeil, Esq., and Steven R. Schlesinger, Esq., as attorneys of record for Defendants and for such other and further relief as to this Court deems just and proper.

**PLEASE TAKE FURTER NOTICE** that, pursuant to the Rules of this Court, answering papers, if any, required to be served upon the undersigned within fourteen (14) business days after service of this motion.

Dated: Garden City, New York
        December 12, 2025

                                JASPAN SCHLESINGER NARENDRAN LLP
                                Counsel for Defendants

By:   */s/ Jillian L. McNeil*
        Steven R. Schlesinger, Esq.
        Jillian L. McNeil, Esq.
        300 Garden City Plaza, 5th Floor
        Garden City, NY 11530
        (516) 393-8275

To:    **By Electronic Case Filing**
        Brian D. O'Reilly
        O'REILLY IP PLLC
        26 Broadway, Floor 8
        New York, New York 10004
        Telephone: (212) 540-0650
        Brian@oreilyip.com

        **By Federal Express Delivery and Electronic Mail**
        Michael Azzariti
        Mikey Mattress, Inc.
        86 Hempstead Turnpike
        West Hempstead, New York 11552
        Mikeyazz55@gmail.com